RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Attorney for Plaintiff Oscar Ramos

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Oscar Ramos,

        Plaintiff,

Vs.

Metro by T-Mobile, et al.,

        Defendants.

Case Number 24-3062 DJC-CKD

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER with respect to defendant Metro by T-Mobile only

Plaintiff Oscar Ramos, and defendant T-Mobile USA, Inc. sued as Metro by T-Mobile, by and through their respective attorneys of record (attorney of record for plaintiff is Richard A. Mac Bride; attorneys of record for defendant T-Mobile USA Inc. sued as Metro by T-Mobile are Austin Schulz of Polsinelli PC, Christina Tellado of Polsinelli PC, and Catherine M. Corfee of Corfee Stone Law Corporation), hereby stipulate as follows:

1. The parties agree that plaintiff shall dismiss with prejudice the complaint against defendant T-Mobile USA Inc., dba Metro by T-Mobile.
2. The parties agree that each party shall each bear their own respective attorney's fees and costs.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride
Attorney for Plaintiff Oscar Ramos                                                                   6/30/2025

Corfee Stone Law Corporation – By: Catherine M. Corfee /s/ Catherine M. Corfee

1

Attorney for defendant T-Mobile USA, Inc. sued as Metro by T-Mobile, and Defendant Techno CA LLC                                                                                                                          6/30/2025

Polsinelli PC – By: Austin Schulz /s/ Austin Schulz
Attorney for defendant T-Mobile USA, Inc. sued as Metro by T-Mobile                           6/30/2025

FILER'S ATTESTATION

I hereby attest that on June 30, 2025, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Catherine M. Corfee, in the filing of this document.

/s/ Richard A. Mac Bride
Richard A. Mac Bride

ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice only as to defendant T-Mobile USA, Inc. sued as Metro by T-Mobile, and for good cause appearing, it is hereby ORDERED:

1. That in the action entitled Ramos v. Metro by T-Mobile, et al., Case No. 24-3062 DJC-CKD, in the Eastern District of California, defendant T-Mobile USA, Inc. sued as Metro by T-Mobile is dismissed with prejudice, with each party to bear his/her/its own attorney's fees and costs.

Dated: July 7, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE