UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR RAMOS,

          Plaintiff,

    v.

METRO BY T-MOBILE, ET AL.,

          Defendant.

Case No. 2:24-cv-03062-DJC-CKD

ORDER

(ECF No. 41)

Plaintiff's motion to serve defendant Aloba SF Inc. by means of service on the California Secretary of State having come before this Court, the Court finds that service on the California Secretary of State is the only reasonable way to serve Aloba SF Inc. Plaintiff is hereby authorized to serve Aloba SF Inc. by means of service on the California Secretary of State, pursuant to the applicable California law for such service.

Accordingly, the hearing on the motion before the undersigned set for March 25, 2026, is VACATED. Plaintiff's motion to serve Defendant Aloba SF Inc. by means of service on the California Secretary of State (ECF No. 41) is GRANTED.

Dated:  March 23, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7, ramo.3062

1