**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

OSCAR RAMOS,

Plaintiff,

v.

METRO BY T-MOBILE, ET AL.,

Defendant.

Case No.: 2:24-cv-3062-DJC-CKD

**ORDER DISMISSING CASE**

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Ramos v. Metro by T-Mobile, et al., Case No. 24-3062 DJC-CKD, in the Eastern District of California, is dismissed with prejudice with respect to defendants Gong Investments LLC and Techno CA LLC, with respect to all causes of action against them, with each party to bear his/her/its own attorney's fees and costs.

Dated: July 29, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE